UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANA CECILIA ZAVALA-GARCIA,

    Defendant.
_____/

Hon. Hala Y. Jarbou

Case No.  1:25-cr-00132

## ORDER OF DETENTION

This matter is before the Court on the government's motion for pretrial detention.  Defendant has been charged in a two-count Indictment.  Count 1 charges defendant with false claim of authorized work status, in violation of 18 U.S.C. § 1546 and 8 U.S.C. §1324a(b)(2); and count 2 charges her with misuse of a social security number, in violation of 42 U.S.C. § 408(a)(7)(B).

The government sought defendant's detention on the basis that she poses a risk of non-appearance, 18 U.S.C. § 3142(f)(2)(A). The Court conducted a hearing on October 1, 2025, at which defendant was represented by counsel.

Having considered the information presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of establishing by preponderant evidence that defendant poses a risk of non-appearance

community. Further, the Court finds that there is no condition or combination of conditions of release that will ensure the appearance of the defendant. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on October 1, 2025.

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge
